424 A.2d 505

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**William W. SCHATTENBURG, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 3, 1980.

Decided Jan. 30, 1981.

Paul Bogdon, Pittsburgh, for appellant.

Richard A. Hernan, Dist. Atty., Warren, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM.

Order Affirmed.